**STATE of Missouri, Respondent,**

v.

**Fernando ALONSO, Appellant.**

**No. WD 63654.**

Missouri Court of Appeals,
Western District.

May 10, 2005.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Fernando Alonso appeals his conviction and sentence for the class C felony of possession of a controlled substance in a correctional center, under section 217.360,

RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).